

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAROD CADE SWINDLE, | § | No. 08-23-00057-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| Appellee. | § | (TC# 8172) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reform the judgment so that the statutory offense reads §46.04(a) of the Penal Code. We affirm the judgment as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.